UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BRIAN BURKE,

              Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY and
JOHN/JANE DOE, *et al.*

              Defendants.

-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 2 2015 ★
BROOKLYN OFFICE

**ORDER**
**15 CV 1481 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

      By letter dated April 1, 2015, defendant New York City Transit Authority writes to request an extension of time to May 8, 2015 to respond to plaintiff's complaint. (ECF No. 4.) Defendant's response is currently due April 10, 2015. Plaintiff does not consent to defendant's request. Nonetheless, the Court grants defendant's request and notes that a first request for an extension of time to respond is routinely granted as a courtesy. Defendant shall respond to plaintiff's complaint by May 8, 2015.

SO ORDERED.

                                              /S/ Judge Lois Bloom
                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: April 2, 2015
       Brooklyn, New York