UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

---------------------------------------------------------------x
BRIAN BURKE,                                           :
                                                       :   Case No. 15-cv-1481 (ENV) (LB)
          Plaintiff,                             :
                                                       :   ECF Case
    - against -                                    :
                                                       :   **RULE 7.1 STATEMENT**
NEW YORK CITY TRANSIT AUTHORITY;                       :
NYP HOLDINGS, INC.; KRISTEN NOLAN,                     :
ESQ.; LEONARD AKSELROD; KATHIANNE                      :
BONIELLO; and JOHN/JANE DOE, et al.,                   :
                                                       :
          Defendants.                             :
---------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant NYP Holdings, Inc. ("NYP") states that News Corporation is a publicly held corporation owning 10% or more of NYP.

Dated:  New York, New York         DAVIS WRIGHT TREMAINE LLP
         July 27, 2015

                                         By:    /s/ Camille Calman
                                                Camille Calman, Esq.

                                        1633 Broadway – 27th Floor
                                        New York, New York 10019
                                        Tel: (212) 489-8230
                                        Fax: (212) 489-8340
                                        Email: camillecalman@dwt.com

                                        *Counsel for Defendants NYP Holdings, Inc.*
                                        *and Kathianne Boniello*

TO:

Brian Burke (via First Class Mail & email)
145 East 23rd Street
Apt. 4R
New York, NY 10010
646-434-8513
Email: briantburke@gmail.com

*Pro Se Plaintiff*

Daniel Chiu (via ECF)
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201
718-694-3686
Fax: 718-694-5727
Email: daniel.chiu@nyct.com

*Counsel for Defendant New York City
   Transit Authority*

2