UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

---

BRIAN BURKE,

                Plaintiff,

      - against -

NEW YORK CITY TRANSIT AUTHORITY;
NYP HOLDINGS, INC.; KRISTEN NOLAN,
ESQ.; LEONARD AKSELROD; KATHIANNE
BONIELLO; and JOHN/JANE DOE, et al.,

                Defendants.

Case No. 15-cv-1481 (ENV) (LB)

ECF Case

**NOTICE OF CHANGE OF ADDRESS**

---

PLEASE TAKE NOTICE THAT effective August 3, 2015 **Davis Wright Tremaine LLP** has relocated its offices to **1251 Avenue of the Americas, 21st Floor, New York, NY 10020**. All services of papers and correspondence should be directed to the new address. The telephone numbers and fax numbers are the same: (212) 489-8230 and (212) 489-8340.

Dated: New York, New York
August 10 , 2015

                DAVIS WRIGHT TREMAINE LLP

                By:/s/ Camille Calman
                Camille Calman

                *Attorneys for Respondent*
                *NYP Holdings, Inc. and Kathianne Boniello*