UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------x

BRIAN BURKE,

                    Plaintiff,

      - against -

NEW YORK CITY TRANSIT AUTHORITY;
NYP HOLDINGS, INC.; KRISTEN NOLAN,
ESQ.; LEONARD AKSELROD; KATHIANNE
BONIELLO; and JOHN/JANE DOE, et al.,

                    Defendants.

------------------------------------------------------------x

Case No. 15-cv-1481 (ENV) (LB)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that ROBERT D. BALIN, an attorney with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter his appearance as attorney for above-named defendants NYP Holdings, Inc. and Kathianne Boniello, and requests that all further papers and pleadings served or filed in this case be served upon the undersigned at the address stated below.

Dated: New York, New York
       November 16, 2015

DAVIS WRIGHT TREMAINE LLP

By: ___s/ Robert D. Balin_____
     Robert D. Balin, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: robbalin@dwt.com

*Counsel for Defendants NYP Holdings, Inc. and Kathianne Boniello*

TO:

Brian Burke (via First Class Mail & email)
145 East 23rd Street

Apt. 4R
New York, NY 10010
646-434-8513
Email: briantburke@gmail.com

*Pro Se Plaintiff*

Daniel Chiu (via ECF)
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201
718-694-3686
Fax: 718-694-5727
Email: daniel.chiu@nyct.com

*Counsel for Defendants New York City*
  *Transit Authority, Kristen Nolan, Esq., &*
  *Leonard Akselrod*