UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------- x

BRIAN BURKE,

                Plaintiff,

    - against -

NEW YORK CITY TRANSIT AUTHORITY;
NYP HOLDINGS, INC.; KRISTEN NOLAN,
ESQ.; LEONARD AKSELROD; KATHIANNE
BONIELLO; and JOHN/JANE DOE, et al.,

                Defendants.

------------------------------------------------------------- x

Case No. 15-cv-1481 (ENV) (LB)

ECF Case

**NOTICE OF WITHDRAWAL**

To the Clerk of this Court and all parties of record:

    Please enter the withdrawal of Camille Calman of Davis Wright Tremaine LLP as counsel of record in the above-referenced case for Defendants NYP Holdings, Inc. and Kathianne Boniello. As of November 20, 2015, I will no longer be employed by Davis Wright Tremaine LLP.

    Davis Wright Tremaine LLP will continue to act as counsel for Defendants NYP Holdings, Inc. and Kathianne Boniello.

Dated: New York, New York
         November 18, 2015

DAVIS WRIGHT TREMAINE LLP

By:    s/ Camille Calman
      Camille Calman, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: camillecalman@dwt.com

*Withdrawing Counsel for Defendants NYP Holdings, Inc. and Kathianne Boniello*

TO:

Brian Burke (via First Class Mail & email)
145 East 23rd Street
Apt. 4R
New York, NY 10010
646-434-8513
Email: briantburke@gmail.com

*Pro Se Plaintiff*

Daniel Chiu (via ECF)
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201
718-694-3686
Fax: 718-694-5727
Email: daniel.chiu@nyct.com

*Counsel for Defendants New York City
 Transit Authority, Kristen Nolan, Esq., &
 Leonard Akselrod*

## AFFIDAVIT OF SERVICE

I, MEGAN C. DUFFY, state the following under penalty of perjury:

I am over eighteen (18) years of age and reside in New York, New York. On the 18th day of November, 2015 I caused to be served NOTICE OF WITHDRAW by placing a copy thereof in an envelope with sufficient postage into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to:

Brian Burke
145 East 23rd Street
Apt. 4R
New York, NY 10010
646-434-8513
*PRO SE*

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Megan C. Duffy

Sworn to before me this
18th day of November 2015

_Christine K. Ulrich_
Notary Public

CHRISTINE K. ULRICH
NOTARY PUBLIC, State of New York
No. 01UL4656700
Qualified in Dutchess County
Commission Expires January 31, ~~2010~~ 2018

3

DWT 28382632v1 3930033-000062